

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00334-CV

Paulette **BARIBEAU,**
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's attorney requested the reporter's record from court reporter Amy L. Hinds on June 1, 2018, and the record was due in this court on July 2, 2018. However, the court has granted Hinds extensions of time to file the record until August 31, 2018— sixty days after it was originally due. Our last order advised Hinds that no further extensions of time would be granted absent a motion that (1) established extraordinary circumstances that prevented the timely filing of the record, (2) advised the court of the status of completion of the record, and (3) provided the court reasonable assurance the record would be completed by the requested extended deadline.

Hinds has filed another notice of late record, requesting an additional extension until October 1, 2018, to file the record. The notice states only that Hinds's "other duties or activities preclude working on the record," and does not attempt to establish extraordinary circumstances. Nor has Hinds made any effort to assure the court the record will be complete and filed by October 1. The notice includes a status report that states 642 pages of 1061 have been scoped and two volumes, containing 92 pages have been proofed and corrected.

Although we understand there are competing demands on the court reporter's time, these demands do not constitute extraordinary circumstances and cannot justify lengthy delays in filing the record. Nevertheless, we **grant** the motion for extension of time and **order** Amy L. Hinds to:

1) immediately file the two completed volumes of the record;

2) file status reports with this court on September 21, 2018, and September 27, 2018, that show the progress made in completing the record; and

3) file all remaining volumes of the record by October 1, 2018.

If Hinds is unable to perform all her duties and complete and file the record by October 1, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance. The court will not grant further extensions. If the record is not filed by the date ordered, Hinds may be ordered to appear and show cause why she should not be held in contempt.

We further **order** the clerk of this court to serve a copy of this order on Amy L. Hinds by first class United States mail and by certified mail, return receipt requested. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court